UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN VERA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF SANTA CRUZ COUNTY,<br><br>    Defendant. | Case No.  22-cv-02426-TLT<br><br>**JUDGMENT** |

    For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Court shall enter judgment in favor of Respondent and against Petitioner and deny a certificate of appealability.

    **IT IS SO ORDERED.**

Dated: October 28, 2022

_____
TRINA L. THOMPSON
United States District Judge